FILED

July 15, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **SEALED Case No: EP:26-CR-01756-KC** |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | **CT 1: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law** |
| | § | |
| **JESUS ESPINOSA,** | § | |
| | § | **CT 2: 18 USC § 1001(a)(2) – False Statement to a U.S. Government Agency** |
| **Defendant**. | § | |
| | § | |
| | § | |
| | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about August 22, 2021, in the Western District of Texas, Defendant,

**JESUS ESPINOSA,**

while acting under color of law as a federal law enforcement officer, specifically as a United States Customs and Border Protection Officer (USCBPO), willfully deprived  E.R. of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by law enforcement officers; that is, among other acts of unreasonable force, on or about the above mentioned date, the defendant placed E.R. in an apparent chokehold and did forcefully take him to the ground, and, when E.R attempted to get up off the ground, the defendant, **JESUS ESPINOSA** again grabbed E.R. around his neck and took him back to the ground, which deprivation of rights resulted in bodily injury to E.R., in violation of Title 18, United States Code, Section 242.

## COUNT TWO

On or about August 22, 2021, in the Western District of Texas, Defendant,

**JESUS ESPINOSA,**

knowingly and willfully made materially false and fictitious statements and representations in a matter within the jurisdiction of United States Customs and Border Protection (CBP), an agency of the  Executive Branch of the U.S. Government; that is, during an interview with a Supervisory CBP Officer, who was, at that time, engaged in the supervisor's official capacity investigating a possible federal criminal matter, the defendant, **JESUS ESPINOSA**, knowingly and willfully made materially false, fictitious and fraudulent statements and representations in his answers to the supervisor's questions regarding an incident occurring on August 22, 2021, in that the defendant, **JESUS ESPINOSA,** provided false information claiming that E.R. was aggressive and non-compliant and claiming that the defendant attempted to place E.R. in hand restraints, which false information caused an erroneous official report of Assault on a Federal Officer to be generated against E.R. and prevented the creation of a true report detailing the use of Excessive Force by the defendant, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
       Assistant U.S. Attorney

2